No. 111. DOYLE ET UX. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 14, 1940. Petition for

writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Thomas M. Wilkins* for petitioners. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum,* and *Joseph M. Jones* for respondent.